

FILED

JAN 27 2006

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 05-40047-C-7 |
| MARTIN SCHAUB and<br>THELMA SCHAUB, | MC No. JMS-1 |
| Debtors. | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW
ON MOTION FOR RELIEF FROM AUTOMATIC STAY**

These findings of fact and conclusions of law are rendered in this contested matter pursuant to Federal Rule of Civil Procedure 52 as incorporated by Federal Rules of Bankruptcy Procedure 7052 and 9014. Evidence was taken pursuant to Federal Rule of Civil Procedure 43(e), as incorporated by Federal Rule of Bankruptcy Procedure 9017 and as invoked by Local Bankruptcy Rule 9014(e). Upon review of the record, the court determined that the written record was adequate and that no oral argument was necessary.

<u>Jurisdiction</u>

Jurisdiction is founded upon 28 U.S.C. § 1334. This is a core proceeding. 28 U.S.C. § 157(b)(2)(G).



## Findings of Fact

Debtors filed their voluntary chapter 7 petition on October 14, 2005. They scheduled real property commonly known as 5377 Brickyard Road, Delton, Michigan ("the property") as property of the estate. The property was scheduled as exempt in the approximate amount of $18,030. The chapter 7 trustee filed a report finding that there was no property available for distribution from the estate over and above that exempted by debtors.

On December 22, 2005, Ocwen Loan Servicing, LSS, ("movant") filed a motion, notice, and declaration requesting that this court terminate the automatic stay to permit movant to foreclose upon the property. The value of the property is $160,000. Movant holds a mortgage on the property in the approximate amount of $151,295.03. Debtor has equity in the property in the approximate amount of $8,704.97.

## Conclusions of Law

The automatic stay of acts against debtor in personam and of acts against property other than property of the estate continues until the earliest of the time when the bankruptcy case is closed, dismissed, or an individual in a chapter 7 case is granted a discharge. 11 U.S.C. § 362(c).

The automatic stay may be terminated earlier if debtor fails to protect the secured party's interest adequately, § 362(d)(1), and, with respect to a stay of an act

against property, debtor does not have equity in the property, § 362(d)(2)(A), and the property is not necessary to an effective reorganization. 11 U.S.C. § 362(d)(2)(B). The issue of whether the property is necessary to an effective reorganization is not considered in a chapter 7 case because no reorganization is contemplated in a chapter 7 case.

In this instance, debtors have equity in the property. Accordingly, the motion will be denied as to debtors. It is noted that the automatic stay, insofar as it applies against the debtors' interest in property, automatically expires when a discharge is issued.

The motion will be granted as to the chapter 7 trustee. The trustee filed a no asset report finding that the estate has no interest in the property.

Accordingly, an appropriate order will issue.

Dated: January 27, 2006

_____
UNITED STATES BANKRUPTCY JUDGE

3

1
2
**CERTIFICATE OF SERVICE**

3    On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a postage paid envelope addressed to the person(s)
4    hereinafter listed and by depositing said envelope in the United States mail or by placing said copy(ies) into an
5    interoffice delivery receptacle located in the Clerk's Office.

6

7    Martin & Thelma Schaub
     5346 Lower Gas Point Road
     Cottonwood, CA 96022
8
     Darryll E. Alvey
9    1907 Park Marina Drive
     Redding, CA 96001-3852
10
     Linda S. Schuette
11   P.O. Box 743
     Palo Cedro, CA 96073
12
     John M. Sorich
13   Alvarado, Shapiro, & Wilson, LLP
     4 Park Plaza, Suite 1230
14   Irvine, CA 92614

15   Office of the United States Trustee
     United States Courthouse
16   501 "I" Street, Suite 7-500
     Sacramento, CA  95814

17

18   Dated: 1/30/06

19
                                    /s/ Hendricks
20                                  Deputy Clerk

21
22
23
24
25
26
27
28